**Fill in this information to identify the case:**

Debtor 1: Patricia M Todd

Debtor 2: _____ (Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Missouri (State)

Case number: 18-44539-399

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

Name of creditor: Federal National Mortgage Association ("Fannie Mae")

Court claim no, (if known): 5

Last 4 digits of any number you use to identify the debtor's account: XXXXXX6254

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice: _____

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Date incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 9/24/18 | (3) | $ 50.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 9/10/18 | (5) | $ 225.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance Advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: 7/31/18 | Plan Review | (11) | $ 150.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and changes you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Patricia M Todd | | Case number (if known) | 18-44539-399 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Wendee Elliott-Clement
Signature

Date: 9/24/18

Print: Wendee Elliott-Clement
First Name  Middle Name  Last Name

Title: Attorney

Company: SouthLaw, P.C.

Address: 13160 Foster Suite 100
Number  Street
Overland Park, KS 66213-2660
City  State  ZIP Code

Contact phone (913) 663-7600

Email: moedbknotices@southlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In Re: | ) |
| | ) |
| Patricia M. Todd, *Debtor* | ) Case No. 18-44539-399 |
| | ) |
| Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc., loan servicing agent for *Movant* | ) Chapter: 13 |
| | ) |
| vs. | ) |
| | ) |
| Patricia M. Todd, *Respondent* | ) |
| | ) |
| and | ) |
| | ) |
| Diana S. Daugherty, *Trustee* | ) |

**CERTIFICATE OF MAILING/SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on September 24, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as list on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on September 24, 2018.

Patricia M. Todd
1365 Willowbrook Drive
Florissant, MO  63033
**RESPONDENT**


SOUTHLAW, P.C.
 /s/ Wendee Elliott-Clement_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**Attorneys For Movant**

File No. 212675
Case No: 18-44539-399