B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Missouri

In re  Patricia M. Todd                              ,                    Case No.   18-44539

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

Name of Transferee

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:   800-603-0836

Last Four Digits of Acct #:        9681

Name and Address where transferee payments should be sent (if different from above):

Phone:

Last Four Digits of Acct #:

Federal National Mortgage Association ("Fannie Mae") c/o Seterus, Inc.

Name of Transferor

Court Claim # (if known):  _____5-1_____
Amount of Claim:        $163,431.61
Date Claim Filed:          09/11/2018

Phone:   888-952-7387

Last Four Digits of Acct. #:        6254

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                              Date:  01/24/2019

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.