UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 18-44539-399 |
| Patricia M. Todd ) | |
| ) | Chapter 13 |
| Debtor ) | |

## DEBTOR'S REPLY TO TRUSTEE'S OBJECTION TO CLAIM 8-1

COMES NOW Kimber H. Baro, Attorney for Debtor, and in response to the Trustee's Objection to claim 8-1 filed by the Metropolitan St. Louis Sewer District in the sum of 3,353.28 states that this claim is secured by a lien on the Debtor's principal residence that is scheduled to be paid through the plan. Debtor's counsel requests that the Trustee's objection be overruled and that the claim be allowed.

/s/ Kimber H. Baro
KIMBER H. BARO   #33690
ATTORNEY FOR DEBTOR
BARO LAW FIRM
1605 N. LINDBERGH BLVD
FLORISSANT, MO 63031
TEL: (314) 896-1999
FAX: (314) 942-7195
EMAIL: kbaro@barolawfirm.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 24, 2019 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, postage fully pre-paid, addressed to those parties listed below on April 24, 2019.

Metro St. Louis Sewer District
Bankruptcy Department

2350 Market Street
St. Louis, MO 63103

/s/ Kimber H. Baro