# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 18-44539-399 |
| PATRICIA M TODD ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 8 filed by |
| ) | METRO ST LOUIS SEWER DISTRICT |
| ) | Acct: XXX8439 |
| ) | |
| **Debtor** ) | 2 OBJ: 04/23/2019 |
| ) | |

## CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

## ORDER

Upon Trustee's objection to claim number 8 filed by METRO ST LOUIS SEWER DISTRICT, for good cause shown, it is ORDERED that the Trustee's objection is OVERRULED and the claim is allowed

**DATED: May 20, 2019**          Barry S. Schermer
**St. Louis, Missouri**          **United States Bankruptcy Judge**

Copy mailed to:

PATRICIA M TODD
1365 WILLOWBROOK DRIVE
FLORISSANT, MO  63033

KIMBER H BARO ATTY
1605 N LINDBERGH BLVD
FLORISSANT, MO  63031

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

METRO ST LOUIS SEWER DISTRICT
2350 MARKET ST
ST LOUIS, MO  63103